# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-20-00398-CR

**John Wachtendorf, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 427TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-DC-18-204086, THE HONORABLE TAMARA NEEDLES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant John Wachtendorf seeks to appeal a judgment of conviction for the third-degree felony offense of driving while intoxicated (DWI) with two prior DWI convictions. *See* Tex. Penal Code §§ 49.04, .09(b). The trial court has certified that Wachtendorf has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Baker and Kelly

Dismissed for Want of Jurisdiction

Filed: September 10, 2020

Do Not Publish